**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Deshon Jamel Hopkins  CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 20-11654 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　**/s/ Rebecca A. Solarz Esquire**
　　　　　　　　　　Rebecca A Solarz, Esquire
　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　(215) 627-1322