| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 20-11654-PMM**

Deshon Jamel Hopkins
331 West Lehigh St
Bethlehem  PA    18018

Petition Filed Date: 03/27/2020
341 Hearing Date: 05/12/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2020 | $247.00 | | 06/11/2020 | $247.00 | | 06/25/2020 | $247.00 | |
| 07/09/2020 | $247.00 | | 07/23/2020 | $247.00 | | 08/06/2020 | $247.00 | |

**Total Receipts for the Period:  $1,482.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,482.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deshon Jamel Hopkins | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,482.00 | Current Monthly Payment: | $494.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($494.00) |
| Paid to Trustee: | $148.20 | Total Plan Base: | $28,652.00 |
| Funds on Hand: | $1,333.80 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.