**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ; | Chapter 13 |
| | ; | |
| | ; | |
| **Deshon Jamel Hopkins** | ; | 20- 11654-pmm |
| Debtor | ; | |
| | ; | |

### CERTIFICATE OF SERVICE- THIRD AMENDED CHAPTER 13 PLAN

I, Brian C. Eves, Esquire, hereby certify that a copy of above-captioned Debtor's

Third Amended Chapter 13 Plan with respect to the above-captioned bankruptcy case was

served via Electronic Filing (ECF) on November 2, 2020, upon the following:

**20-11654-pmm Notice will be electronically mailed to:**

JEROME B. BLANK on behalf of Creditor WELLS FARGO BANK, N.A.
paeb@fedphe.com

BRIAN C. EVES on behalf of Debtor Deshon Jamel Hopkins
BrianEvesLaw@gmail.com

MARIO J. HANYON on behalf of Creditor WELLS FARGO BANK, N.A.
paeb@fedphe.com

REBECCA ANN SOLARZ on behalf of Creditor Nissan Motor Acceptance Corporation
bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor WELLS FARGO BANK, N.A.
paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

DATED:    November 2, 2020       By:  /s/ Brian C.Eves

                                                  Brian C. Eves, Esquire
                                                  Attorney for Debtor
                                                  (215) 200-6389
                                                  3805 Old Easton Rd
                                                  Doylestown, PA 18938
                                                  PA ID:  92705