United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 20-11654-pmm

Deshon Jamel Hopkins   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deshon Jamel Hopkins, 331 West Lehigh St, Bethlehem, PA 18018-5429 |
| 14484739 | ++ | BELMONT FINANCE LLC, 6810 JOHNNIES LANE, STEVENS POINT WI 54482-8513 address filed with court:, Belmont Finance Llc, 6810 Johnniess Lane, Stevens Point, WI 54482 |
| 14484738 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14484741 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14508706 | + | Citibank NA, 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14508201 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14484743 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14484746 | + | Equiant Financial Svcs, Pob 26, Gautier, MS 39553-0026 |
| 14484749 | + | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14484750 | + | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14497786 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14484758 | + | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 14494003 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14496535 | | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, Texas 75266-0366 |
| 14500687 | + | Nissan Motor Acceptance Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14500963 | + | Nissan Motor Acceptance Corporation, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14508822 | + | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6151 |
| 14484761 | + | Regions Bk/greensky Cr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14487503 | | WELLS FARGO BANK, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14487620 | | Wells Fargo Bank, Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14505315 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14506029 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |
| 14490173 | | Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14484765 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 14484766 | + | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14484736 | + | Email/Text: bnc-aquafinance@quantum3group.com | Dec 04 2020 05:08:00 | Aqua Finance Inc, 1 Corporate Cove, Wausau, WI 54401-1724 |
| 14493950 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 04 2020 04:18:30 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14496536 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 04 2020 04:16:29 | Capital One N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14488851 | | Email/Text: mrdiscen@discover.com | Dec 04 2020 05:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 20-11654-pmm   Doc 39   Filed 12/05/20   Entered 12/06/20 00:43:58   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14484745 | + | Email/Text: mrdiscen@discover.com | Dec 04 2020 05:06:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14484751 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 04 2020 04:16:29 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14504220 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14501818 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2020 04:16:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14506199 | | Email/Text: bankruptcynotice@nymcu.org | Dec 04 2020 05:07:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 14484755 | | Email/Text: bankruptcynotice@nymcu.org | Dec 04 2020 05:07:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 14484754 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2020 04:18:22 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14509523 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 04:18:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14509113 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 04:16:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14510648 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2020 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14484764 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 04 2020 05:08:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14484737 | | BARCLAY CARD |
| 14484740 | | BESTBUY |
| 14484742 | | CITIBANK |
| 14484744 | | DISCOVER |
| 14484747 | | FEDERAL |
| 14484748 | | FINGERHUT |
| 14484752 | | MARCUS BY GOLDMAN SACHS |
| 14484753 | | MERRICK BANK |
| 14484760 | | PPL ELECTRIC |
| 14484762 | | Syncb/walmart |
| 14484763 | | WALMART |
| 14484756 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 14484757 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 14487505 | * | WELLS FARGO BANK, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14484759 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 11 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 155 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

**Name**             **Email Address**

BRIAN C. EVES
 on behalf of Debtor Deshon Jamel Hopkins BrianEvesLaw@gmail.com

JEROME B. BLANK
 on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

MARIO J. HANYON
 on behalf of Creditor WELLS FARGO BANK  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
 on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
 on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Deshon Jamel Hopkins
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11654−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 3rd day of December, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

37 − 32
Form 155