# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ; | Chapter 13 |
| | ; | |
| | ; | |
| **Deshon Jamel Hopkins** | ; | 20- 11654-pmm |
| Debtor | ; | |
| | ; | |

### CERTIFICATION OF NO OBJECTION TO THE FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DEBTOR'S COUNSEL FOR THE PERIOD OF MARCH 5, 2020 THROUGH DECEMBER 3, 2020

I, Brian C. Eves, Esquire, hereby certify that a copy of the Notice of the First Application for Compensation and Reimbursement of expenses for Debtors' Counsel Brian C. Eves, Esquire, for the period of March 5, 2020 through December 3, 2020 (the "Fee Application", Docket No.40), was served on December 8, 2020, upon the Office of the U.S. Trustee, all parties filing an entry of appearance and requests for notice pursuant to Fed.R.Bankr.P. 2002, all creditors and other interested parties. No objection or other responsive pleading has been filed and that the time for serving and filing any such objection or other responsive pleading has expired.

WHEREFORE, Counsel to the Debtor respectfully requests that the Fee Application be approved.

Respectfully submitted,

DATED:    December 22, 2020       By:     /s/ Brian C. Eves
                                          Brian C. Eves, Esquire
                                          PA Bar ID 92705
                                          Attorney  (Debtor)
                                          PO Box 0713
                                          New Hope, PA 18938
                                          (215) 200-6389