**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ; |
| **Deshon Jamel Hopkins** | ; |
| | ; |
| **Debtor** | ; |
| | ;    18-11654 -pmm |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel Brian C. Eves ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,875.00. Counsel received $975.00 prior to the filing.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to remaining balance to the Applicant, to the extent permitted by the confirmed Plan.

Date: 12/23/20

_____
**Hon.  Patricia M. Mayer**
**U.S. Bankruptcy Judge**