United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11654-pmm |
| Deshon Jamel Hopkins | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deshon Jamel Hopkins, 331 West Lehigh St, Bethlehem, PA 18018-5429 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN C. EVES | on behalf of Debtor Deshon Jamel Hopkins BrianEvesLaw@gmail.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com |

District/off: 0313-4 User: Adminstra Page 2 of 2
Date Rcvd: Dec 23, 2020 Form ID: pdf900 Total Noticed: 1

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

<u>**UNITED STATES BANKRUPTCY COURT**</u>
<u>**EASTERN DISTRICT OF PENNSYLVANIA**</u>

IN RE:                                ;
    **Deshon Jamel Hopkins**     ;
                                    ;
    **Debtor**                      ;
                                    ;     18-11654 -pmm

<u>**O R D E R**</u>

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel Brian C. Eves ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,875.00. Counsel received $975.00 prior to the filing.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to remaining balance to the Applicant, to the extent permitted by the confirmed Plan.

**Date:** 12/23/20

*Patricia M. Mayer*
_____
**Hon.  Patricia M. Mayer**
**U.S. Bankruptcy Judge**