Form G-15



# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Reading)
### CHANGE OF ADDRESS – **CREDITOR**

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: Deshon Jamel Hopkins          Case Number: 20-11654

Chapter: 13

Check which type of address change is being requested:

☐ Notice only      ☐ Payment only      ☑ Notice & Payment

Creditor's Name: Purchasing Power, LLC

Enter related claim number(s) if any: 11-1          Dollar Amount: $305.96

**Previous Notice Address:**
Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

**New Notice Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**Previous Payment Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**New Payment Address:**
Purchasing Power LLC
Bankruptcy Department
P.O. Box 745857
Atlanta, GA 30374-5857

Change requested by: Seprina-Renee Thomas, Bankruptcy Paralegal
(Printed name and title)

Mailing Address: Purchasing Power, LLC
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

Creditor Phone Number: 404-602-1489

Creditor Email Address: bankruptcy@purchasingpower.com

Signature and Date: *Seprina Renee Thomas*    4/6/21

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

sed 1/24/19