| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11654-PMM**

Deshon Jamel Hopkins
331 West Lehigh St
Bethlehem  PA    18018

Petition Filed Date: 03/17/2020
341 Hearing Date: 05/12/2020
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2020 | $247.00 | | 06/11/2020 | $247.00 | | 06/25/2020 | $247.00 | |
| 07/09/2020 | $247.00 | | 07/23/2020 | $247.00 | | 08/06/2020 | $247.00 | |
| 08/20/2020 | $247.00 | | 09/03/2020 | $247.00 | | 09/17/2020 | $247.00 | |
| 10/01/2020 | $247.00 | | 10/16/2020 | $247.00 | | 10/29/2020 | $247.00 | |
| 11/13/2020 | $247.00 | | 11/30/2020 | $247.00 | | 12/10/2020 | $247.00 | |
| 12/28/2020 | $247.00 | | 01/08/2021 | $247.00 | | 01/22/2021 | $247.00 | |
| 02/04/2021 | $247.00 | | 02/19/2021 | $247.00 | | 03/04/2021 | $247.00 | |
| 03/18/2021 | $247.00 | | 04/05/2021 | $247.00 | | 04/15/2021 | $247.00 | |
| 04/29/2021 | $247.00 | | 05/13/2021 | $247.00 | | 05/27/2021 | $247.00 | |

**Total Receipts for the Period: $6,669.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,669.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRIAN C EVES ESQ | Attorney Fees | $2,900.00 | $2,900.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,400.20 | $0.00 | $2,400.20 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 002 | Mortgage Arrears | $24,032.68 | $2,543.00 | $21,489.68 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $224.17 | $0.00 | $224.17 |
| 4 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $691.77 | $0.00 | $691.77 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $3,631.88 | $0.00 | $3,631.88 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,584.42 | $0.00 | $1,584.42 |
| 8 | WELLS FARGO<br>»» 008 | Unsecured Creditors | $5,964.73 | $0.00 | $5,964.73 |
| 9 | MUNICIPAL CREDIT UNION<br>»» 009 | Unsecured Creditors | $3,173.62 | $0.00 | $3,173.62 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $592.68 | $0.00 | $592.68 |
| 11 | PURCHASING POWER LLC<br>»» 011 | Unsecured Creditors | $305.96 | $0.00 | $305.96 |

**Chapter 13 Case No. 20-11654-PMM**

| | | | | | |
|---|---|---|---:|---:|---:|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  012 | Unsecured Creditors | $1,209.48 | $0.00 | $1,209.48 |
| 13 | MUNICIPAL CREDIT UNION<br>»»  013 | Unsecured Creditors | $176.23 | $0.00 | $176.23 |
| 14 | PA DEPARTMENT OF REVENUE<br>»»  14S | Secured Creditors | $2,964.08 | $313.64 | $2,650.44 |
| 15 | PA DEPARTMENT OF REVENUE<br>»»  14U | Unsecured Creditors | $6.45 | $0.00 | $6.45 |
| 16 | PA DEPARTMENT OF REVENUE<br>»»  14P | Priority Crediors | $141.72 | $141.72 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,669.00 | Current Monthly Payment: | $670.00 |
| Paid to Claims: | $5,898.36 | Arrearages: | $914.00 |
| Paid to Trustee: | $548.34 | Total Plan Base: | $38,403.00 |
| Funds on Hand: | $222.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.