IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 20-11654-pmm |
| DESHON JAMEL HOPKINS, | Chapter 13 |
| Debtor, | Document No. |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | |
| DESHON JAMEL HOPKINS TISHA A. INGRAM, and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on August 3, 2021, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Deshon Jamel Hopkins
331 West Lehigh St
Bethlehem, PA 18018

Tisha A. Ingram
2802 Brookhaven Avenue
Far Rockaway, NY 11691

Brian C. Eves
Law Offices of Brian C. Eves
P.O. Box 0713
New Hope, PA 18938-0713

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                              Respectfully submitted,

                              BERNSTEIN-BURKLEY, P.C.

                              By: /s/*Keri P. Ebeck*
                              Keri P. Ebeck, Esq.
                              PA I.D. # 91298
                              kebeck@bernsteinlaw.com
                              707 Grant Street
                              Suite 2200, Gulf Tower
                              Pittsburgh, PA 15219
                              Phone - (412) 456-8112
                              Fax - (412) 456-8135

                              Counsel for Nissan Motor Acceptance
                              Corporation