IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DESHON JAMEL HOPKINS,<br><br>      Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>      Movant,<br><br>      v.<br><br>DESHON JAMEL HOPKINS<br>TISHA A. INGRAM, and<br>SCOTT F. WATERMAN, Trustee,<br><br>      Respondents. | Bankruptcy No. 20-11654-pmm<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 7th day of September, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Nissan Motor Acceptance Corporation in the 2017 Nissan Altima, VIN# 1N4AL3AP0HC230744.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

c. Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Tisha A. Ingram, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge