United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 20-11654-pmm

Deshon Jamel Hopkins                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deshon Jamel Hopkins, 331 West Lehigh St, Bethlehem, PA 18018-5429 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN C. EVES
    on behalf of Debtor Deshon Jamel Hopkins BrianEvesLaw@gmail.com

JEROME B. BLANK
    on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No.  20-11654-pmm |
| --- | --- |
| DESHON JAMEL HOPKINS, | Chapter 13 |
| Debtor, | Document No. |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | |
| DESHON JAMEL HOPKINS TISHA A. INGRAM, and SCOTT F. WATERMAN, Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this 7th day of September, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Nissan Motor Acceptance Corporation in the 2017 Nissan Altima, VIN# 1N4AL3AP0HC230744.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

c. Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Tisha A. Ingram, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge