| Office Mailing Address: | Send Payments **ONLY** to: |
| --- | --- |
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-11654-PMM

Deshon Jamel Hopkins
331 West Lehigh St
Bethlehem  PA    18018

Petition Filed Date: 03/17/2020
341 Hearing Date: 05/12/2020
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/05/2021 | $247.00 | | 04/15/2021 | $247.00 | | 04/29/2021 | $247.00 | |
| 05/13/2021 | $247.00 | | 05/27/2021 | $247.00 | | 06/10/2021 | $247.00 | |
| 06/28/2021 | $247.00 | | 07/09/2021 | $247.00 | | 07/22/2021 | $247.00 | |
| 08/05/2021 | $247.00 | | 08/19/2021 | $247.00 | | 09/02/2021 | $247.00 | |
| 09/16/2021 | $247.00 | | 09/30/2021 | $247.00 | | 10/18/2021 | $247.00 | |
| 10/28/2021 | $247.00 | | 11/12/2021 | $247.00 | | 11/29/2021 | $247.00 | |
| 12/09/2021 | $247.00 | | 12/23/2021 | $247.00 | | 01/06/2022 | $247.00 | |
| 01/24/2022 | $247.00 | | 02/03/2022 | $247.00 | | 02/17/2022 | $247.00 | |
| 03/02/2022 | $2,251.00 | | 03/03/2022 | $335.00 | | 03/17/2022 | $335.00 | |
| 03/31/2022 | $335.00 | | 04/14/2022 | $335.00 | | 04/28/2022 | $335.00 | |
| 05/12/2022 | $335.00 | | 05/26/2022 | $335.00 | | 06/09/2022 | $335.00 | |
| 06/24/2022 | $335.00 | | 07/12/2022 | $335.00 | | 07/21/2022 | $335.00 | |

**Total Receipts for the Period: $11,864.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,298.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| --- | --- | --- | --- | --- | --- |
| 0 | BRIAN C EVES ESQ | Attorney Fees | $2,900.00 | $2,900.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,400.20 | $0.00 | $2,400.20 |
| 2 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 002 | Mortgage Arrears | $24,032.68 | $11,406.35 | $12,626.33 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $224.17 | $0.00 | $224.17 |
| 4 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $691.77 | $0.00 | $691.77 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $3,631.88 | $0.00 | $3,631.88 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,584.42 | $0.00 | $1,584.42 |
| 8 | WELLS FARGO<br>»» 008 | Unsecured Creditors | $5,964.73 | $0.00 | $5,964.73 |
| 9 | MUNICIPAL CREDIT UNION<br>»» 009 | Unsecured Creditors | $3,173.62 | $0.00 | $3,173.62 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $592.68 | $0.00 | $592.68 |

| | | | | | |
|---|---|---|---|---|---:|
| 11 | PURCHASING POWER LLC<br>»» 011 | Unsecured Creditors | $305.96 | $0.00 | $305.96 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,209.48 | $0.00 | $1,209.48 |
| 13 | MUNICIPAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $176.23 | $0.00 | $176.23 |
| 14 | PA DEPARTMENT OF REVENUE<br>»» 14S | Secured Creditors | $2,964.08 | $1,406.81 | $1,557.27 |
| 15 | PA DEPARTMENT OF REVENUE<br>»» 14U | Unsecured Creditors | $6.45 | $0.00 | $6.45 |
| 16 | PA DEPARTMENT OF REVENUE<br>»» 14P | Priority Crediors | $141.72 | $141.72 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $17,298.00 | Current Monthly Payment: | $670.00 |
| Paid to Claims: | $15,854.88 | Arrearages: | ($335.00) |
| Paid to Trustee: | $1,443.12 | Total Plan Base: | $38,403.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.