United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deshon Jamel Hopkins  
    Debtor

Case No. 20-11654-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Mar 09, 2023      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Deshon Jamel Hopkins, 331 West Lehigh St, Bethlehem, PA 18018-5429 |
| 14484739 | ++ | BELMONT FINANCE LLC, 300 PLOVER ROAD, PLOVER WI 54467-9401 address filed with court:, Belmont Finance Llc, 6810 Johnniess Lane, Stevens Point, WI 54482 |
| 14608388 | + | Carrington Mortgage Services, LLC, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14484746 | + | Equiant Financial Svcs, Pob 26, Gautier, MS 39553-0026 |
| 14500963 | + | Nissan Motor Acceptance Corporation, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14600279 | | Purchasing Power, LLC, Bankruptcy Dept, PO BOX 745857, Atlanta GA 30374-5857 |
| 14484761 | + | Regions Bk/greensky Cr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14487503 | | WELLS FARGO BANK, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14487620 | | Wells Fargo Bank, Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14506029 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |
| 14608487 | + | Wilmington Savings Fund Society,FSB,As Trustee of, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 09 2023 23:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 09 2023 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 23:53:00 | Carrington Mortgage Servicies, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: bankruptcy@purchasingpower.com | Mar 09 2023 23:54:00 | Purchasing Power, LLC Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road, SE, Bldg. 2 Suite 1200, Atlanta, GA 30339-6143 |
| 14484736 | + | Email/Text: bnc-aquafinance@quantum3group.com | Mar 09 2023 23:54:00 | Aqua Finance Inc, 1 Corporate Cove, Wausau, WI 54401-1724 |
| 14484738 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 09 2023 23:53:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14493950 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 00:04:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14496536 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 00:04:43 | Capital One N.A., PO BOX 71083, Charlotte NC 28272-1083 |

Case 20-11654-pmm    Doc 67    Filed 03/11/23    Entered 03/12/23 00:29:20    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14608389 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 23:53:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 14484741 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 00:04:52 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14508706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 00:04:45 | Citibank NA, 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14508201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 00:04:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14484743 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2023 00:04:45 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14488851 | | Email/Text: mrdiscen@discover.com | Mar 09 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14484745 | + | Email/Text: mrdiscen@discover.com | Mar 09 2023 23:53:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14484749 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 09 2023 23:53:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14484750 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 09 2023 23:53:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14484751 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14497786 | + | Email/Text: RASEBN@raslg.com | Mar 09 2023 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14504220 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14501818 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2023 00:04:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14506199 | | Email/Text: bankruptcynotice@nymcu.org | Mar 09 2023 23:53:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 14484755 | | Email/Text: bankruptcynotice@nymcu.org | Mar 09 2023 23:53:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 14484754 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2023 00:04:38 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14484758 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 23:53:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 14500687 | ^ | MEBN | Mar 09 2023 23:51:42 | Nissan Motor Acceptance Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496535 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 23:53:00 | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, Texas 75266-0366 |
| 14494003 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 23:53:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14509523 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 00:04:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14509113 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2023 00:04:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14510648 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14508822 | + | Email/Text: bankruptcy@purchasingpower.com | Mar 09 2023 23:54:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 |

Case 20-11654-pmm   Doc 67   Filed 03/11/23   Entered 03/12/23 00:29:20   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 14600280 | + | Email/Text: bankruptcy@purchasingpower.com | Mar 09 2023 23:54:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg 2 Suite 1200, Atlanta GA 30339-6143 |
| 14484764 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 09 2023 23:54:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14490173 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 10 2023 00:04:37 | Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14505315 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 10 2023 00:04:37 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14484765 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 10 2023 00:04:37 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 14484766 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14607506 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 09 2023 23:53:00 | Wilmington Savings Fund Society FSB, as Trustee, of Stanwich Mortgage Loan Trust I, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, asTrustee of |
| 14484737 | | BARCLAY CARD |
| 14484740 | | BESTBUY |
| 14484742 | | CITIBANK |
| 14484744 | | DISCOVER |
| 14484747 | | FEDERAL |
| 14484748 | | FINGERHUT |
| 14484752 | | MARCUS BY GOLDMAN SACHS |
| 14484753 | | MERRICK BANK |
| 14484760 | | PPL ELECTRIC |
| 14484762 | | Syncb/walmart |
| 14484763 | | WALMART |
| 14608488 | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5948 |
| 14484756 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 14484757 | *P++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153, address filed with court:, Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 14487505 | * | WELLS FARGO BANK, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14484759 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 12 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN C. EVES
on behalf of Debtor Deshon Jamel Hopkins BrianEvesLaw@gmail.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor WELLS FARGO BANK N.A. jblank@pincuslaw.com

KERI P EBECK
on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MARIO J. HANYON
on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor WELLS FARGO BANK N.A. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Deshon Jamel Hopkins

Debtor

Chapter 13

Bankruptcy No. 20-11654-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 9, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE